1  Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
     *jml@manningllp.com*
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5
   Attorneys for Defendant, IKEA US RETAIL
6  LLC [erroneously and additionally sued as IKEA
   PROPERTY, INC.]
7

**IT IS SO ORDERED**

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

6/26/2020

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  LINDA CAMINADA,                    Case No. 4:20-cv-01176-YGR
                                        *[Hon. Yvonne Gonzalez Rogers]*
12          Plaintiff,
                                        **NOTICE OF VOLUNTARY**
13      v.                              **DISMISSAL PURSUANT TO**
                                        **FEDERAL RULE OF CIVIL**
14  IKEA PROPERTY INC., IKEA US         **PROCEDURE 41(a)(1)**
    RETAIL; and DOES 1 through 100,
15  inclusive,

16          Defendants.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

1    **PLEASE TAKE NOTICE**, that pursuant to Federal Rules of Civil Procedure

2  41(a)(1),  Plaintiff, LINDA CAMINADA, and Defendant, IKEA US RETAIL LLC,

3  by and through their counsel, hereby stipulate to the dismissal of Plaintiff's

4  Complaint in its entirety with prejudice.

5    **IT IS SO STIPULATED.**

6

7  DATED:  June 22,  2020              **JACHIMOWICZ LAW GROUP**

8

9                                      By: _____

10                                          Joshua Jachimowicz, Esq.

11                                          Attorneys for Plaintiff,
                                            LINDA CAMINADA

12

13  DATED:  June 22,  2020              **MANNING & KASS
                                        ELLROD, RAMIREZ, TRESTER LLP**

14

15

16                                      By: ___/s/ Jeffrey M. Lenkov_____

17                                          Jeffrey M. Lenkov, Esq.

18                                          Attorneys for Defendant,
                                            IKEA US RETAIL, LLC [erroneously and

19                                          additionally sued as IKEA PROPERTY,

20                                          INC.]

21

22

23

24

25

26

27

28

2

Case No. 4:20-cv-01176-YGR

**NOTICE OF VOLUNTARY DISMISSAL**

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

I, Jeffrey M. Lenkov, am the ECF User whose ID and password are being used to file this Notice of Settlement. In compliance with Local Rules 5-1(i)(3), I hereby attest that Joshua Jachimowicz has concurred in this filing, which shall serve in lieu of his signature on the document.

DATED:  June 22, 2020                         */s/ Jeffrey M. Lenkov*

_____

Jeffrey M. Lenkov, Esq.
Attorney for Defendant, IKEA US
RETAIL, LLC [erroneously and
 additionally sued as IKEA
 PROPERTY, INC.]